```
 1 │ DANIEL J. BRODERICK, Bar #89424
   │ Federal Defender
 2 │ DOUGLAS BEEVERS, USVI Bar #766
   │ Staff Attorney
 3 │ Designated Counsel for Service
   │ 2300 Tulare Street, Suite 330
 4 │ Fresno, California  93721-2226
   │ Telephone: (559) 487-5561
 5 │
   │ Attorney for Defendant
 6 │ JOHN MICHAEL CASTRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:07 MJ 00299 DLB |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE;  ORDER |
| | ) | |
| JOHN MICHAEL CASTRO, | ) | |
| | ) | Date:  January 31, 2008 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for January 24, 2008, **may be continued to January 31, at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for plea negotiations and to complete reasonable defense preparation.

///
///
///
///
///

Castro - Stipulation to Continue Status Conference

|   |   |   |
|---|---|---|
| 1 | | McGREGOR W. SCOTT |
| 2 | | United States Attorney |

DATED: January 9, 2008              By:    /s/   Mary Steffora
                                            MARY STEFFORA
                                            Certified Law Student
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: January 9, 2008              By:     /s Douglas Beevers
                                            DOUGLAS BEEVERS
                                            Staff Attorney
                                            Attorney for Defendant
                                            JOHN MICHAEL CASTRO


**ORDER**

IT IS SO ORDERED.

   Dated:   **January 9, 2008**                  **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

Castro - Stipulation to Continue Status Conference        2